**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HIGH POINT PREFERRED INSURANCE COMPANY INDIVIDUALLY AND A/S/O DAVID GWALTHNEY & ROSEMARIE GWALTHNEY<br><br>Plaintiff,<br><br>v.<br><br>CHUNG CHENG FAUCET CO., LTD., BANNER INTL., LLC, YODDEX INTERNATIONAL, INC., LOWE'S, AND/OR JOHN DOES 1-10 AND/OR ABC COMPANY 1-10<br><br>Defendants. | CIVIL ACTION NO:<br><br>Notice of Removal. |

**TO: United States District Court**
**District of New Jersey**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Lowe's Home Centers, LLC i/s/h/a "Lowe's", by and through its attorneys, Goldberg Segalla LLP, submits this Notice of Removal from the Superior Court of New Jersey, Law Division, Gloucester County, in which the above-captioned matter is now pending, to the United States District Court for the District of New Jersey. In support of said Notice of Removal, Lowe's states as follows:

**Nature of Action**

1. Plaintiffs commenced this action on January 16, 2023 by filing a Complaint in the Superior Court of New Jersey, Law Division, Gloucester County, bearing Docket No.: GLO-L-0050-23. (A copy of Plaintiff's Complaint is Exhibit "A".) In the Complaint, Plaintiff named "Lowe's" as a defendant. *Id*.

2. The proper name for Defendant Lowe's is "Lowe's Home Centers, LLC."

3. In this action, Plaintiffs, allege that homeowners David and Rosemarie Gwalthney. Residing at 116 Dubois Road, Glassboro, NJ 08028 suffered property damage on September 21, 2022 when a toilet supply line failed due to a defect and/or failure to warn.

4. Plaintiffs issued a Homeowner's insurance policy to its subrogees/insureds, David and Rosemarie Gwalthney

5. Plaintiff's specifically allege that a leak and water damage occurred to the Gwalthney home, causing Plaintiffs to be required to issue payment under the subject Homeowner's policy.

6. Lowe's was served with the Complaint on or around January 25, 2023. See Proof of Service, annexed hereto as Exhibit B.

7. On or around February 28, 2023, Counsel for Defendant Lowe's made contact with Plaintiff's counsel, and requested that Plaintiff stipulate to damages less than $75,000. Plaintiff's counsel stated that he could not do so, although he could not provide the exact amount of damages as the claim was still being adjusted.

8. On or around March 2nd, 2023, Defendants served a Demand for Statement of Damages upon Plaintiff. See Demand for Statement of Damages, annexed hereto as Exhibit C.

9. There has been no response to date.

**Timeliness of Removal and Amount in Controversy**

10. 28 U.S.C. § 1446(b)(3) reads, in relevant part, as follows:

> if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.

28 U.S.C. § 1446(b)(3).

11. The case stated by Plaintiffs' Complaint was not removable. See Exhibit "A", Plaintiffs' Complaint.

12. Defendant's first ascertained that this case had become removable after Plaintiff reported that he could not stipulate to damages under $75,000.

13. As provided by 28 U.S.C. § 1446(b)(1), this Notice is being filed within 30 days after Lowe's became aware of the approximate value of this case as perceived by Plaintiff as being greater than $75,000. Therefore, Lowe's Notice of Removal is timely. Plaintiff has not yet responded to the Demand for Statement of Damages.

**Diversity of Citizenship**

14. Plaintiff High Point Insurance Company does business at PO Box 902, Lincroft, New Jersey. Plaintiff is a business resident of the state of New Jersey. (See Exhibit "A", p. 1.)

15. Plaintiff's subrogees, David and Rosemarie Gwalthney, reside in Glassboro, New Jersey. Plaintiff's subrogees are residents of New Jersey. (See Exhibit "A", p. 1.)

16. Defendant, Lowe's Home Centers, LLC, is a limited liability company registered in North Carolina. (A true and correct copy of the Declaration of Sara Ash, Esq. (the "Ash Decl.") is Exhibit "D".)

17. It is well-established law that a limited liability company's citizenship for diversity purposes is defined by the citizenship of its members. *Zambelli Fireworks Mfg. Co. v. Wood*, 592 F.3d 412, 430 (3d Cir. 2010).

18. Lowe's Home Centers, LLC's sole member is Lowe's Companies, Inc. (See Exhibit "D".)

19. Lowe's Companies, Inc. is a North Carolina corporation. *.Id*.

20. Lowe's Companies, Inc.'s registered office for service is 327 Hillsborough Street, Raleigh, North Carolina. *Id*.

15. Lowe's Companies, Inc.'s principal place of business is 1000 Lowe's Boulevard, Mooresville, North Carolina. *Id*.

16. Therefore, for the purposes of diversity jurisdiction, Defendant, Lowe's Home Centers, LLC, adopts the citizenship of its single member, making Lowe's Home Centers, LLC a citizen of North Carolina.

17. Plaintiffs are, and were on the dates of the filing of the Complaint, citizens of New Jersey. Defendant is, as was on the dates of the filing of the Complaint, a citizen of North Carolina.

18. Co-Defendant Chung Cheng Faucet Co., Ltd., is, upon information and belief, and as stated in the Complaint, a Chinese company located in the Dadu District in Taichung, Taiwan.

19. Co-Defendant Yodex International, Inc., is, upon information and belief, a Chinese company located in Tainan City, Taiwan.

Consequently, there exists diversity of citizenship for this Court to have jurisdiction over this matter.

**Plea for Removal**

20. Insofar as the amount in controversy is alleged to exceed $75,000.00 and full diversity exists between the parties, removal is proper pursuant to 28 U.S.C. § 1332(a) and 28 U.S.C. § 1441(a). Contemporaneously herewith, written notice is given to Plaintiff's counsel and to the Clerk of the New Jersey Superior Court, Gloucester County, that this Notice of Removal is being filed with this Court.

WHEREFORE, Defendant, Lowe's Home Centers, LLC, files this Notice of Removal so that the entire state court action under Docket No.: GLO-L-0050-23, now pending in the New

Jersey Superior Court, Law Division, Gloucester County, shall be removed to this Court for all further proceedings.

Dated: March 9, 2023

/s/Rosa D. Forrester

Rosa D. Forrester, Esq.
GOLDBERG SEGALLA LLP
1037 Raymond Boulevard
Suite 1010
Newark, New Jersey 07102
(973) 681-7013
(973) 681-7101 (fax)
rforrester@goldbergsegalla.com
*Attorneys for Defendant, Lowe's Home Centers, LLC*

To: Clerk
Gloucester County Superior Court