Michael Riehl, Esq. #030881994
18749-Mk
**LAW OFFICE OF RIEHL & RIEDERS**
71 West Main Street, Suite 302
Freehold, New Jersey 07728
(732) 462-9700
ATTORNEYS FOR Plaintiff, High Point Preferred Insurance Company individually and a/s/o Gwalthney

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINIAGE

| | |
|---|---|
| HIGH POINT PREFERRED INSURANCE COMPANY, Individually, and a/s/o DAVID GWALTHNEY and ROSEMARIE GWALTHNEY<br>           Plaintiff,<br><br>v.<br><br>CHUNG CHENG FAUCET CO., LTD, BANNER INTERNATIONAL, LLC, YODDEX INTERNATIONAL, INC., LOWES and/or JOHN DOES (1-10) (fictitious names), and/or ABC COMPANY 1-10 (fictitious names)<br>           Defendants. | CIVIL ACTION: 1:23-cv-01334-KMW-MJS |

**PLAINTIFF, HIGH POINT PREFERRED INSURANCE CO. Individually and a/s/o DAVID and ROSEMARIE GWALTHNEY**
**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

TO:    Chung Cheng Facuet Co, Ltd
        No. 279, Xinghe Rd., Dadu Dist.,
        Taichung City 432, Taiwan
        via: ccf.faucet@msa.hinet.net

PLEASE TAKE NOTICE that on February 5, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for Plaintiff, High Pont Preferred Insurance Co. a/s/o Gwalthney, will move before the United States District Court for the District of New Jersey, the Honorable Karen M. Williams presiding, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey, for an Order entering default judgment in favor of Plaintiff and against Defendant, Chung Cheng Faucet Co., Ltd. pursuant to Fed. R. Civ. P. 55(b)(2).

PLEASE TAKE FURTHER NOTICE that oral argument is requested if this motion is opposed.

PLEASE TAKE FURTHER NOTICE that the undersigned attorney shall rely upon the accompanying Certification of Michael Riehl, Esq., counsel for Plaintiff, Certification of Beth Flagler, Subrogation Representative for Plymouth Rock Assurance Corporation and an Affidavit of Damages.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is attached hereto.

                                                  LAW OFFICE OF RIEHL & RIEDERS

                                                  By: /s/ *Michael Riehl*
                                                       MICHAEL RIEHL, ESQ.

Dated: January 5, 2024                             Attorney for Plaintiff

Michael Riehl, Esq. #030881994
18749-Mk
**LAW OFFICE OF RIEHL & RIEDERS**
71 West Main Street, Suite 302
Freehold, New Jersey 07728
(732) 462-9700
ATTORNEYS FOR Plaintiff, High Point Preferred Insurance Company individually and a/s/o Gwalthney

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINIAGE

| | |
|---|---|
| HIGH POINT PREFERRED INSURANCE COMPANY, Individually, and a/s/o DAVID GWALTHNEY and ROSEMARIE GWALTHNEY<br><br>        Plaintiff,<br><br>   v.<br><br>CHUNG CHENG FAUCET CO., LTD, BANNER INTERNATIONAL, LLC, YODDEX INTERNATIONAL, INC., LOWES and/or JOHN DOES (1-10) (fictitious names), and/or ABC COMPANY 1-10 (fictitious names)<br>        Defendants. | CIVIL ACTION: 1:23-cv-01334-KMW-MJS |

*ORDER*

*This matter* having been placed before the Court on motion of the above-named attorney(s) *for* an Order to enter judgment by default against defendant, Chung Cheng Faucet Co., Ltd, , *for the return date of February 5, 2024 and for good cause shown,*

IT IS on this _____ day of _____, 2024,

**ORDERED**, that judgment by default is hereby entered against defendant, Chung Cheng Faucet Co, Ltd., in the amount of $257,030.05; *and it is further*

**ORDERED,** that a copy of the within Order be served on defendant within ___ days of the date hereof.

_____
J.S.C.

( ) opposed
( ) unopposed