# LAW OFFICE OF MICHAEL RIEHL

------------Corporation------------
71 West Main Street, Suite 302
Freehold, NJ  07728
(732) 462-9700
(732) 409-2516 (fax)

**Michael Riehl, Esq.**
**John E. Riehl, Jr., Esq.**

michaelriehl@riehlattorney.com
johnriehl@riehlattorney.com

August 26, 2024

Motions Clerk,
US District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:   High Point Preferred Insurance Co. a/s/o Gwalthney v. Lowe's, et al
      1:23-cv-01334-KMW-MJS

Dear Sir/Madam:

We enclose the following in the above matter:

(X) Notice of Motion for Default Judgment against
     Defendant, Chung Cheng Faucet Co., Ltd.

Very truly yours,

/s/ Michael Riehl

MICHAEL RIEHL

MR:ko
Enc.

cc: Chung Cheng Faucet Co., Ltd.
    via email: ccf.faucet@msa.hinet.net'

Michael Riehl, Esq. #030881994
18749-Mk
**LAW OFFICE OF MICHAEL RIEHL**
71 West Main Street, Suite 302
Freehold, New Jersey 07728
(732) 462-9700
ATTORNEYS FOR Plaintiff, High Point Preferred Insurance Company individually and a/s/o Gwalthney

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINIAGE

| | |
|---|---|
| HIGH POINT PREFERRED INSURANCE COMPANY, Individually, and a/s/o DAVID GWALTHNEY and ROSEMARIE GWALTHNEY<br>Plaintiff,<br><br>v.<br><br>CHUNG CHENG FAUCET CO., LTD, BANNER INTERNATIONAL, LLC, YODDEX INTERNATIONAL, INC., LOWES and/or JOHN DOES (1-10) (fictitious names), and/or ABC COMPANY 1-10 (fictitious names)<br>Defendants. | CIVIL ACTION: 1:23-cv-01334-KMW-MJS |

**PLAINTIFF, HIGH POINT PREFERRED INSURANCE CO. Individually and a/s/o DAVID and ROSEMARIE GWALTHNEY
NOTICE OF MOTION FOR DEFAULT JUDGMENT**

TO:   Chung Cheng Faucet Co, Ltd
No. 279, Xinghe Rd., Dadu Dist.,
Taichung City 432, Taiwan
via: ccf.faucet@msa.hinet.net

PLEASE TAKE NOTICE that on September 13, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for Plaintiff, High Pont Preferred Insurance Co. a/s/o Gwalthney, will move before the United States District Court for the District of New Jersey, the Honorable Karen M. Williams presiding, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey, for an Order entering default judgment in favor of Plaintiff and against Defendant, Chung Cheng Faucet Co., Ltd. pursuant to Fed. R. Civ. P. 55(b)(2).

PLEASE TAKE FURTHER NOTICE that oral argument is requested if this motion is opposed.

PLEASE TAKE FURTHER NOTICE that the undersigned attorney shall rely upon the accompanying Certification of Michael Riehl, Esq., counsel for Plaintiff, Certification of Beth Flagler, Subrogation Representative for Plymouth Rock Assurance Corporation and an Affidavit of Damages.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is attached hereto.

LAW OFFICE OF MICHAEL RIEHL

By: /s/ *Michael Riehl*
MICHAEL RIEHL, ESQ.
Attorney for Plaintiff

Dated: August 26, 2024