IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| HIGH POINT PREFERRED INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>    v.<br><br>CHUNG CHENG FAUCET CO., LTD., et al.,<br><br>               Defendant. | Civil No. 23-1334-KMW-MJS |

## ORDER OF DISMISSAL

It appearing to the Court that the above case having been pending more than ninety (90) days without any proceeding having been taken therein, and the Court having received no response to the Notice of Call for Dismissal set for August 4, 2025,

IT IS on this **6th** day of **August, 2025,** hereby

**ORDERED** that this case be and the same hereby is **DISMISSED** in accordance with Local Rule 41.1(a), without prejudice and without costs to either party.

/s/Karen M. Williams
KAREN M. WILLIAMS
United States District Judge